**Exhibit A to the Complaint**

**Location:** Tarpon Springs, FL
**Total Works Infringed:** 54
**IP Address:** 47.196.216.110
**ISP:** Frontier Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | EDFC62C9AAB72DDFCD865F492AFC530D912B089E | 09/24/2019 03:33:01 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 2 | D60A816D4C169B4B25EE36DAA2B2C7E67E345BC0 | 11/27/2019 00:50:51 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 3 | C66CB7D5D924FC8D5C68C719745BB62596B66AFD | 11/21/2019 01:08:15 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 4 | D7849F96160CA679A287B837FEFE40DDEA87571B | 11/07/2019 21:12:26 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 5 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 11/01/2019 23:44:54 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 6 | 50B31F2C7B3A3B6AB997B8883FC629F56CBBA9AC | 09/29/2019 04:05:08 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 7 | DA6E99522230ABDBF22D2C9897260D08FC094689 | 09/19/2019 09:29:44 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 8 | AE56D79258B3F062B731EF13E0188A0ACC1B0788 | 09/14/2019 01:41:31 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 9 | 1D946378C32710A9E9D8A25EA87493FDE0146508 | 09/07/2019 00:21:37 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 10 | DAFCF5757D197C9C601DD0D9163B080BF0319EBD | 09/04/2019 18:18:53 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 11 | E1076A99E39DC97EBB42772E6B6E8A44471104F7 | 09/02/2019 21:24:10 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 12 | 1A6470E21E54EE628069047098E9B5DFB9B17ED2 | 09/02/2019 21:23:10 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 13 | 80F9044259AD9C63843A25A73CAFD64ACB18CEA3 | 08/28/2019 21:58:06 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 14 | 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0 | 08/28/2019 04:39:51 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 15 | AB4B65F71419221DE70FCB74DAD797CB21429F3C | 08/25/2019 02:08:40 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 16 | EC977E2980F8945172E61F868899C59CE850C90F | 08/22/2019 21:33:14 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 17 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 08/21/2019 03:01:38 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 958114234F010ED12787587C6B9FA13E19388CF1 | 08/19/2019 14:30:29 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 19 | AF2372F96C74B641C308A2D6DB6FE9944214A159 | 08/19/2019 03:43:29 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |
| 20 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 08/11/2019 01:36:43 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 21 | 520B8FD2205BD05866304E15FF59E272165F07A1 | 07/23/2019 20:45:20 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 22 | D71FA8300D660A26679A2C53720C9F8C05F9CF79 | 07/18/2019 22:48:31 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 23 | 73AE32099EBCDFF152626E1D575C026CF59135DC | 07/18/2019 22:47:55 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 24 | AB6F5DDED2290838AD429C5C8048ECD822E37AFC | 07/14/2019 06:31:00 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 25 | 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835 | 07/01/2019 20:21:20 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 26 | 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 | 07/01/2019 12:08:27 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 27 | 4F6E919AF772D9342F71D3479F6A4379B5E5EA40 | 06/24/2019 12:15:37 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 28 | 6F0F2340162AC6B591329AF430B79D1FC4342E6A | 06/13/2019 23:47:33 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 29 | 005ECADE217D83653BCBCA490DC3249975B7A05A | 06/09/2019 03:20:24 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 30 | 0C7A2AF51871DF88ED8DBE9CD59015D670C79A34 | 06/05/2019 19:55:52 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 31 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 05/20/2019 18:15:46 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 32 | 83C2BE754F4FC48BDB450CAE625F879FAED66CED | 05/10/2019 22:27:12 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 33 | FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB | 05/06/2019 19:43:11 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 34 | 8F104C89FA74744BEB02B58214813B42F91E779A | 04/29/2019 19:40:12 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 35 | 3AE42CF293CFFB030C91FF1DC013E5D178AE1DFF | 04/22/2019 01:25:11 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 36 | 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC | 03/31/2019 09:18:42 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 357368276B0AC817665C03F98D81B5A2B6E90183 | 03/11/2019 18:39:17 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 38 | C0DCDFC904195D7C25CA60A49A0ABF99F63D6BBB | 03/07/2019 10:18:47 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 39 | 821F855568FE4AC5875613F128A9D9527DE3BF59 | 03/01/2019 04:01:08 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 40 | A8F45C10E6EB2E80DA815F5D83F423D9CCF885AC | 02/25/2019 00:18:14 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 41 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 02/23/2019 13:28:57 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 42 | 26027D4BBA9366856012B8C062375891C7926188 | 02/08/2019 23:55:43 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 43 | 56BF0671C368B87782691AB922B69AF7CF37FB90 | 01/29/2019 21:03:56 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 44 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 01/20/2019 05:28:42 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 45 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 01/14/2019 21:58:43 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 46 | 074A66739F74AB2792031B4D9FE311B07B73FBB4 | 01/12/2019 03:32:41 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 47 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/12/2019 03:29:10 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 48 | 9CF787EED06B89DD95D45F407DEB97558309C434 | 01/06/2019 12:52:00 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 49 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | 12/29/2018 13:26:46 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 50 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 12/29/2018 13:26:45 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 51 | A13372D383B6487823771167C3024FF64D0BAF6F | 12/16/2018 04:00:17 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 52 | D33B55F4B260300934470B2571AA379EBBA73038 | 12/13/2018 11:01:20 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 53 | 12543516E11230C00906E75AE9D649CDEBAB9844 | 12/01/2018 12:38:52 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 54 | 650F857E696B63F0B9346A314CF85FEC5839E077 | 11/29/2018 02:52:10 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |