**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**STRIKE 3 HOLDINGS, LLC,**

    Plaintiff,

v.                                                Case No: 8:20-cv-101-T-35CPT

**JOHN DOE SUBSCRIBER ASSIGNED**
**IP ADDRESS 47.196.216.110,**

    Defendant.

## **ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 14), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party